## GEORGE CHARLES agt. ROBERT WATERMAN.

Where the real plaintiff resides out of the state, and the demand belongs out of the state, and the plaintiff to the record resides within the state, the plaintiff to the record is bound to file security for costs.

*April Term*, 1846.

MOTION by defendant that plaintiff file security for costs.

Plaintiff's attorney gave notice to defendant's attorney, and served it with the declaration, that the demand for which this suit was brought, and all claims either in law or equity which the plaintiff had against the defendant on the 3d day of June, 1844, were on that day sold, assigned and transferred by the plaintiff to A. P. Richardson and J. C. Burrage, and that this suit was brought for the benefit of Richardson & Burrage.

Defendant's papers showed that Richardson & Burrage were doing business in the city of Boston as a firm, and that they resided in the state of Massachusetts.

Plaintiff's counsel insisted that where the real plaintiff resided out of the state, *and the demand belonged out of the state,* as in this case, that the plaintiff was not bound to file security for costs.

[*123]    *D. WRIGHT, *defendant's counsel.*

     H. C. WHELPEY, *defendant's attorney.*

     A. WORDEN, *plaintiff's counsel.*

     F. M. HAIGHT, *plaintiff's attorney.*

BEARDSLEY, Justice. Granted the motion, costs to abide the event, on the ground that Richardson & Burrage were the parties in interest, and they, being non-residents, were bound, under the former decision of this court, to file security for costs.